UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.:00-187 (RHK/JMM)

Melody J. Tennis,

Plaintiff,

v.

**STIPULATION TO AMEND AND ORDER**

Independent School District #625,
and Luz Maria Serrano, an individual,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that defendants above named will be allowed to amend their Answer to plaintiff's Complaint as follows:

> Affirmatively allege that plaintiff has failed to exhaust her administrative and/or contractual remedies allowed.

Defendants Amended Joint Answer to Plaintiff's Amended Complaint is attached hereto as Exhibit A.

Dated: 10/19/00

**ERSTAD & RIEMER, P.A.**

By [signature]

Jeff M. Zalasky (#119660)
Paul D. Reuvers (#217700)
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(612) 896-3700

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

NICHOLS KASTER & ANDERSON

Dated: 10/23/00

By ______________________
John A. Fabian, III (#13482X)
Attorney for plaintiff
80 South 8th Street, #4644
Minneapolis, MN 55402-2242
(612) 338-1919

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court hereby makes the following:

**IT IS HEREBY ORDERED:**

Defendants' Joint Answer to Plaintiff's Amended Complaint shall be amended to assert an affirmative defense as indicated in paragraph 37 of the Amended Answer, attached hereto as Exhibit A.

**BY THE COURT:**

Dated: 11/3/00

______________________
Judge of District Court