UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELODY J. TENNIS

Plaintiff,

vs

CV 00-187 RHK/JMM

INDEPENDENT SCHOOL DISTRICT NO. 625
LUZ MARIA SERRANO, an individual

Defendants

ANNE KRISNIK,

Objector.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 20, 2000

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK