UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Melody J. Tennis,

Plaintiff,

v.

Independent School District No. 625,
and Luz Maria Serrano, an individual,

Defendants.

Court File: 00-187 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

**EXHIBIT C**

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 22 2001
DEPUTY CLERK

Dated: 1/10/01

**NICHOLS KASTER & ANDERSON**

By: ____________________
John A. Fabian, III (#13482X
Attorneys for Plaintiff
80 South 8th Street, #4644
Minneapolis, MN 55402-2242
(612) 338-1919

Dated: 1/15/2001

**ERSTAD & RIEMER, P.A.**

By: ____________________
Jeff M. Zalasky (#119660)
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

1-22-01

____________________
Judge of District Court